# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WAYNE BROOKS, | : No. 627 MAL 2014 |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| STEVEN GLUNT, PENNSYLVANIA | : |
| ATTORNEY GENERAL, KATHLEEN | : |
| KANE, DAUPHIN COUNTY DISTRICT | : |
| ATTORNEY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.